### RATHER v. OWEN.

Judgement by default for want of plea, cannot be taken until three days after the time allowed for filing declaration, though the term may not continue so long.

DEBT by Owen v. Rather, in the Circuit Court of Jefferson county. Next after the declaration, which was filed at the return term of the writ follows: " At which said term, came the plaintiff by his attorney and moved the Court and obtained a judgement by *nil dicit*. It is therefore considered by the Court, that the plaintiff recover, &c." Rather, among other matters assigned as error, that the judgement was taken before the expiration of the time allowed by law for the defendant to plead.

WALKER K. BAYLOR, for plaintiff.

SHORTRIDGE and ELLIS, for defendant in error.

JUDGE SAFFOLD delivered the opinion of the Court.

When this judgement was rendered. the term of the Circuit Court of Jefferson county was limited by law to

six judicial days. The statute regulating the time of <span style="float:right">JANUARY 1827.</span> pleading, directs that the declaration shall be filed within the three first days of the term to which the writ is made returnable, that the defendant shall plead or demur within the three first days after the time allowed for filing the declaration; otherwise, the plaintiff may have judgement by default; that the Court may enlarge the time for pleading, and that in every case, the pleadings shall be made up during the term to which the process is returned, unless the time be extended by consent, or by direction of the Court. <sup>a</sup> This latter clause is the only part of the statute in which there can be any doubt, but according to it, the defendant is allowed till the last minute of the term to file his plea.    The different provisions of the statute in relation to the time of pleading, can be reconciled only by the conclusion that final judgement by default, or *nihil dicit*, cannot be taken at the return term, unless the term continues longer than one week.

Rather
v.
Owen.

*a* Laws Ala. 477.

Let the judgement be reversed, and the cause be remanded.